Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT MEADOWS

    Plaintiff,

    v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 05-6268-KI

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $2,637.99 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney and costs of $275.00 for a total of $2,912.99.

It is so ordered:

DATED 2-27-07

_____
United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER